# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

OCWEN LOAN SERVICING, LLC

VERSUS

JANAE' NORRIS

NO.  2024 CW 1069

**NOVEMBER 14, 2024**

---

In Re:    PHH  Mortgage  Services,  successor  to  Ocwen  Loan
Servicing,  LLC,  applying  for  supervisory  writs,  19th
Judicial District Court, Parish of East Baton Rouge, No.
627157.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT